CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CONCORDIA PHARMACEUTICALS, INC., ) | |
| ) | Civil Action No. 3:14CV00016 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | Hon. Glen E. Conrad |
| METHOD PHARMACEUTICALS, LLC, et al., ) | Chief United States District Judge |
| ) | |
| Defendants. ) | |

This case is presently before the court on the plaintiff's motion for a jury trial. For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion is **GRANTED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 4th day of November, 2015.

/s/ Glen E. Conrad
Chief United States District Judge